**Order entered January 24, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01271-CV

### ROBERT J. SHUMAKE, Appellant

### V.

### LUIS BARBOSA, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04425-E**

## ORDER

Before the Court is appellant's January 22, 2020 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 24, 2020.

/s/     KEN MOLBERG
JUSTICE